**Nos. 25-3875, 25-3902**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

SIMON CHU AND CHARLEY LOH.

*Defendant-Appellants.*

On Appeal from the United States District Court for the Central District of California, No. 19-CR-193-DSF

The Honorable Dale S. Fischer, United States District Judge

**APPELLANT'S UNOPPOSED JOINT MOTION TO CONSOLIDATE APPEALS AND EXTEND TIME FOR FILING OF OPENING BRIEF; DECLARATION OF KATHERINE KIMBALL WINDSOR IN SUPPORT THEREOF**

| | |
|---|---|
| Steven A. Brody | Katherine Kimball Windsor |
| Law Offices of Steven Brody | Windsor Kimball APC |
| 155 N. Lake Avenue | 65 N. Raymond Avenue |
| Suite 800 | Suite 320 |
| Pasadena, CA 91101 | Pasadena, CA 91103 |
| (213) 290-5294 | (213) 663-9219 |
| stevebrodylaw@gmail.com | katy@windsorlaw.us |
| Counsel for Mr. Chu | Counsel for Mr. Loh |

Pursuant to Federal Rules of Appellate Procedure 27 and 32-2(b), Appellants Simon Chu and Charley Loh, by and through their attorneys of record, Steven Brody and Katherine Kimball Windsor, respectfully submit this motion to consolidate their appeals and extend time to file their opening brief until April 15, 2025. Both briefs currently are due on October 15, 2025.

The government does not oppose the requested consolidation and extension.

Respectfully submitted,

| | |
|---|---|
| *s/Steven Brody* | *s/Katherine Kimball Windsor* |
| Steven Brody | Katherine Kimball Windsor |
| 155 N. Lake Avenue, | 65 N. Raymond Avenue, |
| Suite 800 | Suite 320 |
| Pasadena, CA 91101 | Pasadena, CA 91103 |
| (213) 290-5294 | (213) 663-9219 |
| stevebrodylaw@gmail.com | katy@windsorlaw.us |
| Counsel for Mr. Chu | Counsel for Mr. Loh |

# DECLARATION OF KATHERINE KIMBALL WINDSOR IN SUPPORT OF UNOPPOSED MOTION FOR CONSOLIDATION AND EXTENSION OF BRIEFING TIME

I, Katherine Kimball Windsor, hereby declare:

1. I represent Mr. Loh in his direct appeal in Ninth Circuit Case No. 25-3902. Steven Brody represents Mr. Chu in his direct appeal in Ninth Circuit Case No. 25-3875.

2. On November 16, 2023, a jury convicted Mr. Chu and Mr. Loh of conspiracy to defraud the United States in violation of 18 U.S.C. § 371 (Count One); and failure to immediately report required information to the United States Consumer Product Safety Commission upon receiving information in violation of 15 U.S.C. §§ 2064(b)(3),(4) and 2070 (Count Two). Both were acquitted of wire fraud in violation of 18 U.S.C. § 1343 (Count Three).

3. On June 16, 2025, the district court sentenced Mr. Chu to 38 months custody and Mr. Loh to 40 months custody followed by three years of supervised release. Mr. Chu and Mr. Loh are out of custody on bail pending appeal.

4. This appeal arises from the first criminal prosecution under the Consumer Product Safety Act for failing to timely report a defective

product. Throughout the proceedings in the district court, Messrs. Chu and Loh filed joint motions, presented a joint defense, and filed joint objections to the sentencing. Consolidation is appropriate as it will avoid burdening the Court with repetitive presentations of common facts and issues.

5. The transcripts of the district court proceedings have been ordered and received. The parties require time to review the extensive record in this case and collaborate on researching and drafting joint issues.

6. I have communicated with Allan Gordus, who represents the government in this matter. The government does not oppose the requested consolidation and extension.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 6, 2025        */s/Katherine Windsor*
                              Katherine Kimball Windsor
                              Counsel for Mr. Loh